FILED
CLERK, U.S. DISTRICT COURT
AUG 21 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
CMA-CGM AMERICA INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CMA-CGM AMERICA INC, | Case No. CV 08-2479 MMM (FFMx) |
| Plaintiff, | **IN ADMIRALTY** |
| vs. | ~~**[PROPOSED]**~~ **DEFAULT JUDGMENT BY CLERK (F.R.Civ.P. 55(b))** |
| WESTPORT TRADE FINANCE AND NOVIMEX FASHION LTD | |
| Defendants. | |

///

///

///

///

///

///

IT IS ADJUDGED that CMA-CGM America Inc. recover from Novimex Fashoin Ltd.

1) Principal in the amount of $4,900.00;

2) Interest in the amount of $529.20;

3) Attorneys' fees in the amount of $690.00;

4) Costs $408.50(per bill of costs filed concurrently herewith).

For a total judgment in the amount of $6,527.70 and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: August 21 2008

Clerk of the United States District Court

Respectfully submitted:

By: s/Stephen M. Uthoff____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
CMA-CGM AMERICA INC

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On August 19, 2008, I served the foregoing document described as **[PROPOSED] DEFAULT JUDGMENT BY CLERK** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Novimex Fashion Ltd.
2463 Second Street
Irwindale, California 91706

[X] **BY MAIL:** I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. A copy of the transmission report properly issued by the transmitting facsimile machine is attached hereto and shows the date, time and telephone number of the transmitting facsimile machine. Facsimile transmissions were sent and addressed as stated above:

[ ] **BY FEDERAL EXPRESS NEXT DAY DELIVERY (BY 10:00 A.M.)**
The papers were deposited in an envelope designated by the express service carrier and deposited with a facility maintained by the express service courier with delivery fees paid and addressed to the address last shown by that person on any document filed in the action.

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 19, 2008 at Long Beach, California.

___/s/Stephen M. Uthoff_____
Stephen M. Uthoff